PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAISHAUNA CRENSHAW, <br><br> Defendant. | Case No. 5:23-po-00036-CDB <br><br> [Citation #7293762, CA/14] <br><br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #7293762, CA/14] in Case No. 5:23-po-00036-CDB against DAISHAUNA CRENSHAW, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 23, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Chan Hee Chu*
      CHAN HEE CHU
      Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that [Citation #7293762, CA/14] in Case No. 5:23-po-00036-CDB against DAISHAUNA CRENSHAW be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 23, 2023**              _____
UNITED STATES MAGISTRATE JUDGE