# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-po-0036-CKD |
| Plaintiff, | |
| v. | AMENDED REFUND ORDER |
| LISA D. CLARK, | |
| Defendant. | |

On March 14, 2023, the government moved to dismiss the citation CA21/9745683 without prejudice and the motion was granted by the court. On March 15, however, the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

Dated: March 21, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1